# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LUCAS WILLIAMS,

        Plaintiff,

    v.

SERGIO JIMENEZ, *et al.*

        Defendants.

1:26-CV-58

## **ORDER**

This matter is before the Court for review of the Order and Recommendation entered by the Honorable JoAnna Gibson McFadden. (D.E. 3.) The Recommendation recommends dismissing this action under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. (*Id.*) The deadline for objections passed on March 30, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ordered that the Magistrate Judge's Recommendation (D.E. 3) is adopted and this action is dismissed without prejudice.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 10th day of April, 2026.


           */s/ David A. Bragdon*
           United States District Judge